### FARMER *v.* BUTLER, STEVENS & COMPANY.

EVANS, P. J. This case is controlled by the case of *Timmons* v. *Butler, Stevens & Company,* this day decided.

*Judgment affirmed. All the Justices concur.*

APRIL 11, 1912.

Complaint. Before Judge Thomas. Tift superior court. July 4, 1911.

*Ridgill & Griner,* for plaintiff in error.

*Adams & Adams,* contra.